June Term,<br>1860.<br><br>WILCOX<br>v.<br>HATHAWAY

---

## WILCOX VS. HATHAWAY.

A party bringing a civil action to this court, must furnish for the judges a *printed* case, consisting of a brief abstract of the return of the clerk, and containing all the evidence, pleadings and exhibits bearing upon the questions of law and fact to be reviewed. When such printed case is not furnished, the court will dismiss the writ of error or appeal, in their discretion, as indicated by rule 22 of this court.

APPEAL from the Circuit Court for Sauk County.

A motion was made by the respondent to dismiss the appeal, for the want of a printed case, as required by the rule of this court.

*By the Court*, COLE, J. The motion to dismiss this appeal for the want of a proper printed case, must be sustained. The appeal is from an order confirming a sale of mortgaged premises, and we have looked into the record far enough to see that it contains a number of affidavits, letters and documents which we suppose were used in the court below on

October 15.

the hearing of this matter, none of which have been printed. The rule which requires a printed abstract of the return of the clerk, is for the convenience of the members of this court, and where testimony, consisting of affidavits, letters, &c., is to be reviewed, such testimony must be printed, or we cannot undertake to examine it. It would be impossible for this court to transact the business which comes before it, if we had to examine voluminous records, decipher manuscript, and determine the force and effect of evidence in that manner. If parties desire us to pass upon the merits of such cases, they must furnish for the use and convenience. of the members of this court, proper printed cases, consisting of a brief abstract of the return of the clerk, and also containing all the evidence, pleadings and exhibits bearing upon the questions of law and fact they wish reviewed. Otherwise, we shall not undertake to examine them, but will dismiss the writ of error or appeal, in our discretion, as indicated by rule 22 of this court.

Motion to dismiss appeal granted.